

525 Seventh Avenue, Ste 1810
New York, NY 10018
t. 212-704-2014
sk@kakarlaw.net
kalpana@kakarlaw.net
www.kakarlawpc.com

**Sumeer Kakar | Kalpana Nagampalli**

December 28, 2023

VIA ECF ONLY
Hon. Mary Kay Vyskocil
United States District Judge
Southern District Of New York
500 Pearl Street
New York, NY 10007

Re: *Style Stitch, Inc. v. The Avyan Group, LLC*, 23-cv-10701(MKV)

Dear Judge Vyskocil,

    We represent Plaintiff Style Stitch, Inc.("Plaintiff") in the above referenced matter. Pursuant to the Court's order dated, December 28, 2023 (DE# 12), the Plaintiff confirms that it elects to file an Amended Complaint by January 26, 2024, addressing jurisdiction to avoid unnecessary motion practice.

    Respectfully submitted,
    /s/KalpanaNagampalli
    Kalpana Nagampalli