UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STYLE STITCH, INC.<br><br>*Plaintiff*,<br><br>vs.<br><br>THE AVYAN GROUP, LLC.<br><br>*Defendant*. | Civil Action No.<br>1:23-cv-10701-MKV |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law; and upon all the pleadings and prior proceedings had herein, Defendant will move this Court, before the Honorable Mary Kay VYSKOCIL, at the United States District Court, Southern District of New York, 500 Pearl St, Courtroom 18C, New York, NY 10007, for an order:

(a) Dismissing the complaint for lack of personal jurisdiction; and

(b) Granting as such other and further relief as the Court deems just and proper.

                                                    THE LAW OFFICE OF AVRAM E.
                                                  FRISCH LLC
                                                  Attorneys for Plaintiff

By: _____
                                                  Avram E. Frisch, Esq.
                                                  1 University Plaza, Suite 119
                                                  Hackensack, NJ 07601
                                                  201-289-5352
                                                  frischa@avifrischlaw.com

Dated: February 1, 2024