UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STYLE STITCH, INC.,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **THE AVYAN GROUP, LLC,** <br><br> **Defendant.** | **Case No: 23-cv-10701-MKV** |

### REQUEST OF WITHDRAWAL AS COUNSEL OF RECORD

Request is hereby made by Kalpana Nagampalli, Esq., of Kakar, P.C., counsel of record for Plaintiff, Style Stitch, Inc. in the above-captioned matter, to withdraw as counsel of record in the within case as her employment at Kakar, P.C. has concluded, and it is represented that: Sumeer Kakar, Esq., also of Kakar, P.C. shall continue his appearance as lead counsel and will serve as counsel from Kakar, P.c. on behalf Plaintiff, Style and Stitch. I am not asserting a retaining or charging lien.

Date: September 19, 2024        /s/Kalpana Nagampalli

**Kakar P.C.**
525 Seventh Avenue Suite 1810
New York New York 10018
Tel: (646) 760-7013
Email: kalpana@kakarlaw.net