Case 1:23-cv-10701-MKV   Document 25   Filed 09/20/24   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2024

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

STYLE STITCH, INC.,

Plaintiff,

vs.

THE AVYAN GROUP, LLC,

Defendant.

Case No: 23-cv-10701-MKV

### REQUEST OF WITHDRAWAL AS COUNSEL OF RECORD

Request is hereby made by Kalpana Nagampalli, Esq., of Kakar, P.C., counsel of record for Plaintiff, Style Stitch, Inc. in the above-captioned matter, to withdraw as counsel of record in the within case as her employment at Kakar, P.C. has concluded, and it is represented that: Sumeer Kakar, Esq., also of Kakar, P.C. shall continue his appearance as lead counsel and will serve as counsel from Kakar, P.c. on behalf Plaintiff, Style and Stitch. I am not asserting a retaining or charging lien.

Date: September 19, 2024

/s/Kalpana Nagampalli

**Kakar P.C.**
525 Seventh Avenue Suite 1810
New York New York 10018
Tel: (646) 760-7013
Email: kalpana@kakarlaw.net

**Granted. SO ORDERED.**

Date: 9/20/2024
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge