| ACE Version: 001.00 DBL | DEPARTMENT OF HOMELAND SECURITY U.S. Customs and Border Protection **ENTRY SUMMARY** | OMB APPROVAL NO. 1651-0022 EXPIRATION DATE 01/31/2021 |
|---|---|---|

| 1. Filer Code/Entry No. 326  0164364-9 | 2. Entry Type 01 ABI/A | 3. Summary Date | 4. Surety No. 036 | 5. Bond Type 8 | 6. Port Code 4601 | 7. Entry Date 03/28/2023 |
|---|---|---|---|---|---|---|
| 8. Importing Carrier CMA CGM IVANHOE | | 9. Mode of Transport 11 | 10. Country of Origin IN | | | 11. Import Date 03/28/2023 |
| 12. B/L or AWB No. CMDUAMC2036884 | | 13. Manufacturer ID INSTYSTI90HAR | 14. Exporting Country IN | | | 15. Export Date 02/23/2023 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading 53313 | | 20. U.S. Port of Unlading 4601 | |
| 21. Location of Goods/G.O. No. E416-MAHER TERM BLDG 218 | 22. Consignee No. SAME | | 23. Importer No. | | 24. Reference No. | |

25. Ultimate Consignee Name and Address

City _____ State NJ Zip _____

26. Importer of Record Name and Address
THE AVYAN GROUP LLC
5 CAMBRIDGE WAY

City PRINCETON JUNCTION State NJ Zip 08550

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars Cents |
|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. AD/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | |
| 001 | M AMC2036884   H TFNYK3320 INVOICE 00001 EIGHTHUNDRED FIFTYONE(851)CTNS WOM BLOUSES,COT,OTH,<2 CO 6206.30.3041       5852        2103DOZ CAT 341              (5023 KG ) MERCHANDISE PROCESSING FEE COTTON FEE                (5023) | | | NOT RELATED  C2165 | 851 CTNS  CARRIED FORWARD | |

| Other Fee Summary for Block 39 MPF        499    357.90 HMF        501    129.15 COTTON IMPORT 056  82.80 | 35. Total Entered Value $ Total Other Fees $ | CBP USE ONLY A. LIQ CODE REASON CODE | B. Ascertained Duty C. Ascertained Tax D. Ascertained Other E. Ascertained Total | TOTALS 37. Duty 38. Tax 39. Other 40. Total |
|---|---|---|---|---|

36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the be of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME Classic Customs Broker Corp | TITLE | SIGNATURE | DATE 03/28/2023 |
|---|---|---|---|
| 42. Broker/Filer Information (Name, address, phone number) Classic Customs Broker Corp 1 Cross Island Plaza Suite 317 Rosedale, NY  11422  718-656-6421 | | 43. Broker/Importer File No. 202082 | CBP Form 7501 (5/22) |

EDITRADE                                                 RECORD

Page: 2
OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

ENTRY SUMMARY CONTINUATION SHEET

| 1. Filer Code/Entry No. | | | | | | |
|---|---|---|---|---|---|---|
| 326  0164364-9 | | | | | | |
| 27. | 28. Description of Merchandise | | | 32. | 33. | 34. |
| | 29. | 30. | 31. | A. Entered Value | A. HTSUS Rate | Duty and I.R. Tax |
| Line No. | A. HTSUS No. B. AD/CVD Case No. | A. Gross weight B. Manifest Qty. | Net Quantity in HTSUS Units | B. CHGS C. Relationship | B. AD/CVD Rate C. IRC Rate D. Visa No. | Dollars     Cents |
| | BROUGHT FORWARD | | | ■ | ■ | ■ |
| 002 | WOM BLOUSES,COT=>2 COLORS/ 6206.30.3011 CAT 341 MERCHANDISE PROCESSING FEE COTTON FEE | 1860 (1617 KG ) | 875DOZ (1617) TEV$ | ■ ■ ■ | C688 ■ | ■ ■ ■ |

EDITRADE                                RECORD                        CBP Form 7501 (5/22)

Cascade Customs Broker Corp.  Tel: 718-656-6421
1 Cross Island Plaza
Suite 317
Rosedale, NY 11422                 Fax:

# DELIVERY ORDER

| | |
|---|---|
| THE AVYAN GROUP LLC<br>5 CAMBRIDGE WAY<br>PRINCETON JUNCTION, NJ 08550-1813 US | DATE: 03/28/2023   OUR REF.NO.: 202082<br>THE MERCHANDISE DESCRIBED BELOW WILL BE ENTERED AND FORWARDED AS FOLLOWS: |

| IMPORTING CARRIER | LOCATION | FROM PORT OF / ORIGIN AIRPORT |
|---|---|---|
| CMA CGM IVANHOE-1MA | MAHER TERM BLDG 2180 CDS | JAWAHARLAL NEHRU; NA |

| B/L OR AWB NO. | ARRIVAL DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) |
|---|---|---|---|
| CMDU AMC2036884 | 03/28/2023 | | AG LOGISTICS SYSTEMS INC. |

| INLAND CARRIER | HAWB NO. | ENTRY NO. | CUST.REF.NO. |
|---|---|---|---|
| | TFNYK3320 | 326-0164364-9 | |

| FOR DELIVERY TO | ROUTE |
|---|---|
| STAR LOGISTICS FULFILLMENT SERVICES<br>777 LEHIGH AVENUE<br>UNION, NJ 07083 US<br>Contact: ABRAHAM ESGUERRA 646-251-5308 | NOTIFY: |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 851 CTN | LADIES SHIRTS<br>I.T. Number: ----<br>ISSUER/MASTER        ISSUER/HOUSE<br>CMDU   AMC2036884    TFPV   TFNYK3320<br>Containers: CMAU6521931 | 17002 LB | |

INLAND FREIGHT →     PREPAID / COLLECT: COLLECT

Received in Good Order
By:

LIABILITY, INCLUDING NEGLIGENCE IS LIMITED TO THE SUM OF $50.00 PER SHIPMENT, UNLESS A GREATER VALUATION SHALL BE PAID FOR OR AGREED TO BE PAID IN WRITING PRIOR TO

DELIVERY CLERK: DELIVER TO CARRIER SHOWN ABOVE

PER:

ORIGINAL

CMA CGM (America) LLC

**PORT FIRMS CODES**

| CITY | TERMINAL | PHONE | FIRMS CODE | ADDRESS |
|---|---|---|---|---|
| BALTIMORE | SEAGIRT TERMINAL | 410-288-8604 | C324 | 2600 Broening Hwy, Baltimore, MD 21224 |
| BOSTON | PAUL W. CONLEY TERMINAL | 617-464-8200 | A295 | 940 East 1St Street, South Boston, MA 02127 |
| BOSTON | ICI/ INTRANSIT CONTAINER INC | (508)339-3393 | D304 | 241 Francis Ave , Mansfield, MA 02048 |
| CHARLESTON | NORTH CHARLESTON TERMINAL | 843-745-6530 | L391 | 1000 Remouth Rd., North Charleston, SC 29406 |
| CHARLESTON | WANDO WELCH TERMINAL | 843-856-7005 | N598 | 400 Long Point Rd. Mt. Pleasant, SC 29464 |
| HAWAII | MATSON TERMINAL | 1-800-4MATSON | X973 | 1411 Sand Island Pkwy, Honolulu HI 96819 |
| HOUSTON | BAYPORT CONTAINER TERMINAL | 281-291-6000 | V136 | 12619 Port Road, Pasadena, TX 77586 |
| HOUSTON | BARBOURS CUT HOUSTON | 281-471-2219 | S787 | 1515 E Barbours Cut Blvd, La Porte, TX 77571 |
| JACKSONVILLE | BLOUNT ISLAND TERMINAL | 904-428-5500 | N296 | 5800 William Mills Street, Jacksonville, FL 32226 |
| LOS ANGELES | APM MAERSK | 310-221-4000 | W185 | 2500 Navy Way, Terminal Island, CA 90731 |
| LOS ANGELES | WBCT/ WEST BASIN CTNR TERM | 310-519-2349 | Y773 | 2050 John S Gibson Blvd, San Pedro, CA 90731 |
| LOS ANGELES | TRANSPAC CONT SVS | 877-387-2722 | Y258 | 920 West Harry Bridges Blvd, Wailmington, CA 90744 |
| LOS ANGELES | YUSEN TERMINAL | 310- 548-8000 | Y790 | 701 New Dock St., Terminal Island, CA 90731 |
| LOS ANGELES | EVERPORT TERMINAL SERVICES | 310-221-0220 | Y124 | 389 Terminal Island Way Berths 226-236,Terminal Island, CA 90731 |
| LOS ANGELES | APL GLOBAL GATEWAY SOUTH | 602-586-4800 | Y257 | 614 Terminal Way, Terminal Island, CA 90731 |
| LONG BEACH | LBCT- PIER F | (562) 435-8585 | W183 | 1171 Pier F Ave., Berth F10, Long Beach, CA 90802 |
| LONG BEACH | LBCT- PIER E | CMA-APL/COS: (562) 951-6018 | WAC8 | 201 S. Pico Ave Pier E,  Long Beach, CA 90802 |
| LONG BEACH | PCT- PIER J | 562-983-1001 | W182 | 1521 Pier J Avenue, Long Beach, CA 90802 |

CMA CGM (America) LLC
**PORT FIRMS CODES**

| CITY | TERMINAL | PHONE | FIRMS CODE | ADDRESS |
|---|---|---|---|---|
| LONG BEACH | SSA- PIER A | 562-491-4000 | Z978 | 700 Pier A Plaza, Long Beach, CA 90813 |
| LONG BEACH | TOTAL TERMINALS | 562-256-2600 | Z952 | 301 Hanjin Rd., Long Beach, CA 90802 |
| MIAMI | APM/UNVRSL MARITIME SVC | 305-347-3800 | N775 | 2299 Port Blvd, Miami, FL 33132 Lummius Island, 2720 Port Blvd., Miami, FL 33132 |
| MIAMI | TRMNL OPER. CO./POMTOC | 305-373-5906 | L239 | 2020 Port Blvd., Miami, FL 33132 |
| MOBILE | APM TERMINALS MOBILE ALABAMA | 251-410-6100 | R103 | 901 Ezra Trica Blvd., Mobile, AL 36603 |
| NEW ORLEANS | PORTS AMERICA NAPOLEON | 504-894-6367 | P260 | 5901 Terminal Drive, New Orleans, LA 70115 |
| NEW YORK | GLOBAL TERMINAL & CONTAINER SERVICE | 718-568-1700 | E364 | 302 Port Jersey Blvd., Jersey City, NJ 07303/5 |
| NEW YORK | AMERICAN STEVEDOR. | 973-522-0999 | F505 | 138 Marsh St., Newark, NJ 07114 |
| NEW YORK | GCT NEW YORK | 718-568-1700 | E005 | 300 Western Ave., Staten Island, NY 10303 |
| NEW YORK | MAHER TERMINAL | 973-564-6002 | E416 | 1210 Corbin St, Elizabeth, NJ 07201 |
| NEW YORK | PNCT/ PORT NEWARK CONTAINER TERMINAL | 973-522-2200 & 2239 | F577 | 241 Calcutta St., Port Newark, NJ 07201 |
| NEW YORK | APM ELIZABETH NJ | 908-558-6000 | E425 | 5080 Mclester St., Elizabeth, NJ 07207 |
| NEW YORK | RED HOOK TERMINAL | 718-875-0777 | E026 | 70 Hamilton Ave., Brooklyn, NJ |
| NORFOLK | NIT/ NORFOLK INT'L | 757-440-7000 | L005 | 7737 Hampton Blvd., Norfolk, VA 23505 |
| NORFOLK | NEWPORT NEWS MARINE TERMINAL | 757-928-1207 | N778 | 25Th & Warwick Blvd., Newport News, VA 23607 |
| NORFOLK | PMT/ PORTSMOUTH MARINE TERMINAL | 757-393-4071 | L045 | 2000 Seaboard Ave., Portsmouth, VA 23707 |
| NORFOLK | VIG/ VIRGINIA INTERNATIONAL GATEWAY | 757-440-2783 | N195 | 1000 Apm Terminals Blvd., Portsmouth, VA 23703 |
| OAKLAND | TOTAL TERMINALS | 562- 256-2600 | Z952 | 301 Hanjin Road, Long Beach, CA 90802 |

CMA CGM (America) LLC

**PORT FIRMS CODES**

| CITY | TERMINAL | PHONE | FIRMS CODE | ADDRESS |
|---|---|---|---|---|
| OAKLAND | SSA BERTH 58 | 510-238-4436 | Z985 | 1717 Middle Harbor Rd., Oakland, CA 94607 |
| OAKLAND | TRANS PACIFIC CONTAINER SERVICE | 877-387-2722 | Y549 | 2800 7Th St., Oakland, CA 94607 |
| OAKLAND | EVERPORT TERMINAL | 385- 777-5522 | Y738 | 5190 7Th Street Berth 0035 Oakland, CA 94607 |
| OAKLAND | OAKLAND PORTS AMERICA OUTER HARBOR | 510- 464-8600 | W297 | 1599 Maritime St, Oakland, CA 94607 |
| PHILADELPHIA | PACKER AVE CONTAINERS | 215-551-2720 | C095 | Columbus Blvd., Deleware Ave., Philadelphia, PA |
| PHILADELPHIA | H & M INTERNATIONAL TRANSFER INC | 215-831-5746 | C753 | 3101 Hedley Street, Philadelphia, PA 19137 |
| PHILADELPHIA | EVANS DELIVERY CO, INC CFS |  | B297 | 2502 Wheatsheaf Ln, Philadelphia, PA 19137 |
| SAVANNAH | GPA/ GARDEN CITY TERMINAL | 800-342-8012 | L737 | 2 N. Main St., Garden City, GA 31408 |
| SEATTLE | PORT OF TACOMA PIER 4 | 253-383-1763 | X209 | 943 Port Of Tacoma Rd., Tacoma, WA 98421 |
| SEATTLE | SSA TERMINAL 18 | 206-654-3700 | X117 | 1050 Sw Spokane St., Seattle, WA 98134 |
| SEATTLE | SSA TERMINAL 30 | 206-332-7583 | Y197 | 2431 East Marginal Way S, Seattle, WA 98134 |
| TACOMA | TACOMA TERMINAL/ PIERCE COUNTY | 253-405-1290 | X215 | 4015 State Route 509 North Frontage Road, Tacoma, WA 98421 |
| PORT EVERGLADES | PORT EVERGLADES TERMINAL | 954-524-7520 | O664 | 4200 Mcintosh Rd., Hollywood, FL 33316 |
| PORT EVERGLADES | FLORIDA INTERNATIONAL TERMINAL LLC | 954-761-3880 | N751 | 3800 Mcintosh Rd., Hollywood, FL 33316 |
| WORCESTER, MA | ICI/INTRANSIT CONTAINER INC- Stackbridge CY | 508-752-2012 | C358 | 53 Wiser Ave., Worcester, MA |