# PURCHASE ORDER

| THE AVYAN GROUP LLC | | PURCHASE ORDER# | 900064 |
|---|---|---|---|
| 5 CAMBRIDGE WAY | | CREATED DATE: | 12/12/2022 |
| PRINCETON JUNCTION NJ 08550 | | REVISED DATE: | 2/12/2023 |
| USA | | VERSION: | 2 |
| Tel: +1 201 245 5120 | | | |

| VENDOR DETAILS | MANUFACTURING FACILITY | DELIVER TO |
|---|---|---|
| STYLE STITCH INC. | STYLE STITCH INC. | |
| PLOT NO. 374, SECTOR - 37 | PLOT NO. 374, SECTOR - 37 | |
| UDYOG VIHAR, PHASE - VI, KHANDSA | UDYOG VIHAR, PHASE - VI, KHANDSA | |
| GURUGRAM, HARYANA - 122001 | GURUGRAM, HARYANA - 122001 | |
| INDIA | INDIA | |

| START SHIP | DO NOT SHIP AFTER | DELIVERY TERMS | SHIPMENT TERMS | SHIP VIA | PAMENT TERMS | |
|---|---|---|---|---|---|---|
| 2/18/2023 | 2/25/2023 | Handover to Forwarder | FOB Nhava Sheva ← | BOAT | 25% due after BL release; 75% due 45 days after B/L date | |

| LINE NO | STYLE# | STYLE NAME | STYLE DESCRIPTION | COLOR | COST (FOB) | CUSTOMER | INNER PK QTY | SIZE SCALE | PACK RATIO | ORDER QTY (PCS) | AMOUNT | HTS - QUOTA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LR1014 | RENE | 100% Cotton Ladies Woven Solid S/Slv Shirt | White | ■ | | 8 | XS/S/M/L/XL | 1/2/2/2/1 | ■ | ■ | 6206303041 - 341 |
| 2 | LR1014 | RENE | 100% Cotton Ladies Woven Solid S/Slv Shirt | Magma Orange | ■ | | 8 | XS/S/M/L/XL | 1/2/2/2/1 | ■ | ■ | 6206303041 - 341 |
| 3 | LR1014 | RENE | 100% Cotton Ladies Woven Solid S/Slv Shirt | Hibiscus Pink | ■ | | 8 | XS/S/M/L/XL | 1/2/2/2/1 | ■ | ■ | 6206303041 - 341 |
| 4 | LR1014 | RENE | 100% Cotton Ladies Woven Solid S/Slv Shirt | Blue | ■ | | 8 | XS/S/M/L/XL | 1/2/2/2/1 | ■ | ■ | 6206303041 - 341 |
| 5 | LR1012 | RAYA | 100% Cotton Ladies Woven Solid S/Slv Popover Shirt | White | ■ | | 8 | XS/S/M/L/XL | 1/2/2/2/1 | ■ | ■ | 6206303041 - 341 |
| 6 | LR1012 | RAYA | 100% Cotton Ladies Woven Solid S/Slv Popover Shirt | Olive | ■ | | 8 | XS/S/M/L/XL | 1/2/2/2/1 | ■ | ■ | 6206303041 - 341 |
| 7 | LR1011 | JEREMY | 100% Cotton Ladies Woven Yarndyed Fil-a-Fil S/Slv Shirt | Tranquail Blue | ■ | | 8 | XS/S/M/L/XL | 1/2/2/2/1 | ■ | ■ | 6206303011 - 341 |
| 8 | LR1011 | JEREMY | 100% Cotton Ladies Woven Yarndyed Fil-a-Fil S/Slv Shirt | Green Fig | ■ | | 8 | XS/S/M/L/XL | 1/2/2/2/1 | ■ | ■ | 6206303011 - 341 |
| | | | TOTAL ORDERED | | | | | | | ■ | ■ | |

INSTRUCTIONS

| LINE NO | STYLE# | STYLE NAME | STYLE DESCRIPTION | COLOR | COST (FOB) | CUSTOMER | INNER PK QTY | SIZE SCALE | PACK RATIO | ORDER QTY (PCS) | AMOUNT | HTS - QUOTA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

REMARKS
The Avyan Group reserves the right to cancel a purchase order or any unfulfilled portion of the PO if not made as per the delivery window mentioned on the PO. Vendor must get in touch with the nominated forwarding agent to hand over the shipment in case of FOB shipments and with the designated warehouse in case of DDP shipments. The shipment must be made in accordance to all the product requirements and approvals given by The Avyan Group. The acceptance of merchandise is subject to passing of test reports and passing of quality inspections by The Avyan Group appointed QA. The purchase order must be shipped complete at style/color/pack level and any partial shipments will need to be apprvoed by The Avyan Group representative prior to delivery. Short shipping of quantity wil be subject to chargeback even if acceptance has been confirmed. Excess quantity shipping vs the specified PO quantity is not allowed, acceptance is at the discretion of The Avyan Group and will be subject to 50% discount on the quantity shipped over and above the PO line quantity. Any concealed shortage will be subject to deduction including the duty, freight and other incidentals incurred on the shipment. Such deduction will be applied to the specific invoice or subsequent invoices from the same vendor.