```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STYLE STITCH, INC., <br><br>        Plaintiff, <br><br> -against- <br><br> THE AVYAN GROUP, LLC, <br><br>        Defendant. | 1:23-cv-10701-MKV <br><br> SCHEDULING ORDER |

MARY KAY VYSKOCIL, United States District Judge:

  The Defendant submitted a request for a pre-motion conference on its anticipated motion to dismiss the Plaintiff's complaint [ECF No. 27]. The Plaintiff opposes the request and asks that the case move forward into discovery [ECF No. 28]. After reviewing the arguments set out in the parties' submissions, the motion for a pre-motion conference is DENIED, and defendant is GRANTED leave to file a motion to dismiss on the schedule set forth below.

  IT IS FURTHER ORDERED that on or before October 23, 2024, Plaintiff must inform the Court via letter whether it intends to amend its complaint. **This will be Plaintiff's <u>final opportunity to amend</u> the complaint in response to personal jurisdiction arguments raised in the parties' letters. There will be no further opportunity to amend the complaint.**

  IT IS FURTHER ORDERED that if the Plaintiff does not amend its complaint, Defendant must file its motion to dismiss on or before November 6, 2024. Further briefing shall be submitted on the schedule set forth in Local Rule 6.1(b).

  IT IS FURTHER ORDERED that if the Plaintiff elects to amend its complaint, the amended complaint is due on or before October 30, 2024. Defendant must respond to any amended complaint within 14 days of its filing. In the event Defendant files a new motion to dismiss, the briefing for that motion will be on the schedule set forth in Local Rule 6.1(b).

Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

The clerk of Court is respectfully requested to terminate docket entry at ECF 27.

**SO ORDERED.**

**Dated:** New York, New York
October 18, 2024

_____
**MARY KAY VYSKOCIL
United States District Judge**