

525 Seventh Avenue, Ste 1810
New York, NY 10018
t. 646-760-7013
sk@kakarlaw.net

*Writer*: **Sumeer Kakar, Esq.**

October 23, 2024

**<u>Via ECF</u>**
Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. New York, NY 10007

        Re:    <u>Style Stitch, Inc. v. The Avyan Group, LLC 1:23-cv-10701-MKV</u>
                *Second* Pre-motion Letter Response by Plaintiff
                Personal Jurisdiction

Dear Judge Vyskocil:

      The undersigned, as counsel of record for Plaintiff Style Stitch, Inc. ("SSI"), writes in response to the Court's Order concerning Plaintiff amending the operative complaint no later than October 30, 2024. *See* Dkt. No. 29. Plaintiff *elects* to file an amended complaint to address the named Defendant's continued personal jurisdiction arguments.

      Plaintiff thanks the Court for the opportunity to file an amended complaint no later than October 30, 2024, clearly asserting the Court's potentially general and specific jurisdiction over the Defendant.

                                        Respectfully Submitted,
                                        <u>/s/ Sumeer Kakar</u>
                                        Sumeer Kakar, Esq.