Avram E. Frisch, Esq.
The Law Office of Avram E. Frisch LLC
1 University Plaza, Suite 119
Hackensack, NJ 07601
201-289-5352
frischa@avifrischlaw.com
Attorney for Defendant, The Avyan Group, LLC

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

STYLE STITCH, INC.

    Plaintiff,

-against-

THE AVYAN GROUP, LLC.

    Defendant.

---------------------------------------------------------------- x

Docket No. 1:23-cv-10701-MKV

**DECLARATION OF SUMIT CHOWDHARY IN SUPPORT OF THE MOTION**

Pursuant to 28 U.S.C. § 1746, I, Sumit Chowdhary, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am the Member of Defendant in this action and make this certification in Support of the motion to dismiss.

2. Annexed hereto as **Exhibit A** is a true copy of the Entry Summary for the container referenced by the Plaintiff in the Second Amended Complaint. As indicated herein, the container was delivered to Maher Terminal which is in Elizabeth New Jersey. I have highlighted the relevant information for the Court's ease of reference.

3. Annexed hereto as **Exhibit B** is a true copy of a listing of port locations that I have obtained from CMA CGM America LLC, a large shipping company. I have highlighted the entry on this chart for Maher Terminal.

4. Annexed hereto as **Exhibit C** is a true copy of the purchase order for the referenced shipment, which indicates that the shipment terms were FOB Nhava Sheva in India.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 4, 2024.

_____ *Sumit* 11/4/2024
Sumit Chowdhary