CMA CGM (America) LLC

**PORT FIRMS CODES**

| CITY | TERMINAL | PHONE | FIRMS CODE | ADDRESS |
|---|---|---|---|---|
| BALTIMORE | SEAGIRT TERMINAL | 410-288-8604 | C324 | 2600 Broening Hwy, Baltimore, MD 21224 |
| BOSTON | PAUL W. CONLEY TERMINAL | 617-464-8200 | A295 | 940 East 1St Street, South Boston, MA 02127 |
| BOSTON | ICI/ INTRANSIT CONTAINER INC | (508)339-3393 | D304 | 241 Francis Ave , Mansfield, MA 02048 |
| CHARLESTON | NORTH CHARLESTON TERMINAL | 843-745-6530 | L391 | 1000 Remouth Rd., North Charleston, SC 29406 |
| CHARLESTON | WANDO WELCH TERMINAL | 843-856-7005 | N598 | 400 Long Point Rd. Mt. Pleasant, SC 29464 |
| HAWAII | MATSON TERMINAL | 1-800-4MATSON | X973 | 1411 Sand Island Pkwy, Honolulu HI 96819 |
| HOUSTON | BAYPORT CONTAINER TERMINAL | 281-291-6000 | V136 | 12619 Port Road, Pasadena, TX 77586 |
| HOUSTON | BARBOURS CUT HOUSTON | 281-471-2219 | S787 | 1515 E Barbours Cut Blvd, La Porte, TX 77571 |
| JACKSONVILLE | BLOUNT ISLAND TERMINAL | 904-428-5500 | N296 | 5800 William Mills Street, Jacksonville, FL 32226 |
| LOS ANGELES | APM MAERSK | 310-221-4000 | W185 | 2500 Navy Way, Terminal Island, CA 90731 |
| LOS ANGELES | WBCT/ WEST BASIN CTNR TERM | 310-519-2349 | Y773 | 2050 John S Gibson Blvd, San Pedro, CA 90731 |
| LOS ANGELES | TRANSPAC CONT SVS | 877-387-2722 | Y258 | 920 West Harry Bridges Blvd, Wailmington, CA 90744 |
| LOS ANGELES | YUSEN TERMINAL | 310- 548-8000 | Y790 | 701 New Dock St., Terminal Island, CA 90731 |
| LOS ANGELES | EVERPORT TERMINAL SERVICES | 310-221-0220 | Y124 | 389 Terminal Island Way Berths 226-236,Terminal Island, CA 90731 |
| LOS ANGELES | APL GLOBAL GATEWAY SOUTH | 602-586-4800 | Y257 | 614 Terminal Way, Terminal Island, CA 90731 |
| LONG BEACH | LBCT- PIER F | (562) 435-8585 | W183 | 1171 Pier F Ave., Berth F10, Long Beach, CA 90802 |
| LONG BEACH | LBCT- PIER E | CMA-APL/COS: (562) 951-6018 | WAC8 | 201 S. Pico Ave Pier E,  Long Beach, CA 90802 |
| LONG BEACH | PCT- PIER J | 562-983-1001 | W182 | 1521 Pier J Avenue, Long Beach, CA 90802 |

6/27/2017

CMA CGM (America) LLC
**PORT FIRMS CODES**

| CITY | TERMINAL | PHONE | FIRMS CODE | ADDRESS |
|---|---|---|---|---|
| LONG BEACH | SSA- PIER A | 562-491-4000 | Z978 | 700 Pier A Plaza, Long Beach, CA 90813 |
| LONG BEACH | TOTAL TERMINALS | 562-256-2600 | Z952 | 301 Hanjin Rd., Long Beach, CA 90802 |
| MIAMI | APM/UNVRSL MARITIME SVC | 305-347-3800 | N775 | 2299 Port Blvd, Miami, FL 33132<br>Lummius Island, 2720 Port Blvd., Miami, FL 33132 |
| MIAMI | TRMNL OPER. CO./POMTOC | 305-373-5906 | L239 | 2020 Port Blvd., Miami, FL 33132 |
| MOBILE | APM TERMINALS MOBILE ALABAMA | 251-410-6100 | R103 | 901 Ezra Trica Blvd., Mobile, AL 36603 |
| NEW ORLEANS | PORTS AMERICA NAPOLEON | 504-894-6367 | P260 | 5901 Terminal Drive, New Orleans, LA 70115 |
| NEW YORK | GLOBAL TERMINAL & CONTAINER SERVICE | 718-568-1700 | E364 | 302 Port Jersey Blvd., Jersey City, NJ 07303/5 |
| NEW YORK | AMERICAN STEVEDOR. | 973-522-0999 | F505 | 138 Marsh St., Newark, NJ 07114 |
| NEW YORK | GCT NEW YORK | 718-568-1700 | E005 | 300 Western Ave., Staten Island, NY 10303 |
| NEW YORK | ==MAHER TERMINAL== | 973-564-6002 | ==E416== | ==1210 Corbin St, Elizabeth, NJ 07201== |
| NEW YORK | PNCT/ PORT NEWARK CONTAINER TERMINAL | 973-522-2200 & 2239 | F577 | 241 Calcutta St., Port Newark, NJ 07201 |
| NEW YORK | APM ELIZABETH NJ | 908-558-6000 | E425 | 5080 Mclester St., Elizabeth, NJ 07207 |
| NEW YORK | RED HOOK TERMINAL | 718-875-0777 | E026 | 70 Hamilton Ave., Brooklyn, NJ |
| NORFOLK | NIT/ NORFOLK INT'L | 757-440-7000 | L005 | 7737 Hampton Blvd., Norfolk, VA 23505 |
| NORFOLK | NEWPORT NEWS MARINE TERMINAL | 757-928-1207 | N778 | 25Th & Warwick Blvd., Newport News, VA 23607 |
| NORFOLK | PMT/ PORTSMOUTH MARINE TERMINAL | 757-393-4071 | L045 | 2000 Seaboard Ave., Portsmouth, VA 23707 |
| NORFOLK | VIG/ VIRGINIA INTERNATIONAL GATEWAY | 757-440-2783 | N195 | 1000 Apm Terminals Blvd., Portsmouth, VA 23703 |
| OAKLAND | TOTAL TERMINALS | 562- 256-2600 | Z952 | 301 Hanjin Road, Long Beach, CA 90802 |

CMA CGM (America) LLC

**PORT FIRMS CODES**

| CITY | TERMINAL | PHONE | FIRMS CODE | ADDRESS |
|---|---|---|---|---|
| OAKLAND | SSA BERTH 58 | 510-238-4436 | Z985 | 1717 Middle Harbor Rd., Oakland, CA 94607 |
| OAKLAND | TRANS PACIFIC CONTAINER SERVICE | 877-387-2722 | Y549 | 2800 7Th St., Oakland, CA 94607 |
| OAKLAND | EVERPORT TERMINAL | 385- 777-5522 | Y738 | 5190 7Th Street Berth 0035 Oakland, CA 94607 |
| OAKLAND | OAKLAND PORTS AMERICA OUTER HARBOR | 510- 464-8600 | W297 | 1599 Maritime St, Oakland, CA 94607 |
| PHILADELPHIA | PACKER AVE CONTAINERS | 215-551-2720 | C095 | Columbus Blvd., Deleware Ave., Philadelphia, PA |
| PHILADELPHIA | H & M INTERNATIONAL TRANSFER INC | 215-831-5746 | C753 | 3101 Hedley Street, Philadelphia, PA 19137 |
| PHILADELPHIA | EVANS DELIVERY CO, INC CFS |  | B297 | 2502 Wheatsheaf Ln, Philadelphia, PA 19137 |
| SAVANNAH | GPA/ GARDEN CITY TERMINAL | 800-342-8012 | L737 | 2 N. Main St., Garden City, GA 31408 |
| SEATTLE | PORT OF TACOMA PIER 4 | 253-383-1763 | X209 | 943 Port Of Tacoma Rd., Tacoma, WA 98421 |
| SEATTLE | SSA TERMINAL 18 | 206-654-3700 | X117 | 1050 Sw Spokane St., Seattle, WA 98134 |
| SEATTLE | SSA TERMINAL 30 | 206-332-7583 | Y197 | 2431 East Marginal Way S, Seattle, WA 98134 |
| TACOMA | TACOMA TERMINAL/ PIERCE COUNTY | 253-405-1290 | X215 | 4015 State Route 509 North Frontage Road, Tacoma, WA 98421 |
| PORT EVERGLADES | PORT EVERGLADES TERMINAL | 954-524-7520 | O664 | 4200 Mcintosh Rd., Hollywood, FL 33316 |
| PORT EVERGLADES | FLORIDA INTERNATIONAL TERMINAL LLC | 954-761-3880 | N751 | 3800 Mcintosh Rd., Hollywood, FL 33316 |
| WORCESTER, MA | ICI/INTRANSIT CONTAINER INC- Stackbridge CY | 508-752-2012 | C358 | 53 Wiser Ave., Worcester, MA |