UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
Style Stitch, Inc.
              Plaintiff,

   -Against-                      **Case No.:** 23-cv-10701-MKV

The Avyan Group, LLC
              Defendant.

---------------------------------------- X

## DECLARATION OF SUMEER KAKAR

SUMEER KAKAR, pursuant to 28 USC § 1746, declares as follows:

1. I am an attorney at Kakar, P.C. and make this Declaration upon my personal knowledge and in opposition to Defendant's second motion to dismiss this action for a lack of personal jurisdiction.

2. In opposition of the Defendant's pending motion, I reviewed information and documents provided by the Plaintiff concerning its business activities with the Defendant, that are relevant and related to the claims set forth in the Second Amended Complaint ("SAC").

3. A true and correct copy of a bill of lading ("BOL") for the commercial trade between the parties is attached hereto as **Exhibit A**.

4. The attached BOL under **Exhibit A** demonstrates that the Plaintiff shipped to the Defendant, as consignee, apparel products, that were discharged at the port of New York, with the assistance of a delivery agent based out of New York City.

5. I declare under the penalty of perjury that the foregoing is true and correct.

New York, New York
November 19, 2024

                                                        Sumeer Kakar

**EXHIBIT "A"**

### MTD BILL OF LADING — EXPRESS RELEASE

**Consignor / Shipper:**
STYLE STITCH INC
PLOT NO.374 UDYOG VIHAR
SECTOR 37 PHASE VI,
GURGAON 122001 HARYANA, INDIA

**MTD NO. / SHIPMENT REF. NO.:** TF/NYK/3320

**Consignee (or order):**
THE AVYAN GROUP LLC
5 CAMBRIDGE WAY
PRINCETON JUNCTION NJ 08550
USA
TEL: +1 201 245 5120

**TAURUS FORWARDERS PVT. LTD.**
508-510, 5th Floor, Srishti Plaza, Saki Vihar Road,
Behind Amar Tara Plastics, Powai, Mumbai - 400 072.
Tel.: +91 022 4043 1000
REGN. NO. MTO/DGS/396/SEP/2025
FMC NO.025382
E-mail: raman@taurusforwarders.com
Web Site: www.taurusforwardersindia.com

**Notify address:**
THE AVYAN GROUP LLC
5 CAMBRIDGE WAY
PRINCETON JUNCTION NJ 08550
USA
TEL: +1 201 245 5120

Taken in charge in apparently good condition hereon at the place of receipt for transport and delivery as mentioned above unless otherwise stated. The MTO in accordance with the provision contained in the MTD undertakes to perform or to procure the performance of the multimodal transport from the place at which the goods are taken in charge, to the place designated for delivery and assumes responsibility for such transport.
One of the MTD(s) must be surrendered, duly endorsed in exchange for the goods in witness where of the original MTD all of this tenor and date have been signed in the number indicated below one of which being accomplished the other(s) to be void.

**Place of acceptance & Date:**
**Port of Loading:** NHAVA SHEVA (INDIA)

**Port of discharge:** NEW YORK, USA
**Place of Delivery:** NEW YORK, USA

**Modes / Means of transport** | **Route/Place of Transhipment (if any)**

**Vessel & Voyage No.:** CMAMCGM IVANHOE V-3108

| Container No. (s) | Marks and numbers | Number, kinds of packages / description of goods | Gross Weight Kgs. | Measurement CBM |
|---|---|---|---|---|
| CONTAINER NO CMAU-6521931 A.SEAL NO C6078350 | PKG NOS 1 TO 851 | 851 PKGS (EIGHT HUNDRED AND FIFITY ONE PKGS ONLY) 100% COTTON LADIES WOVEN SOLID S/SLV SHIRT H.S.CODE NO.62063090 S/BILL NO.8010823 DTD.23.02.2023 INV NO.SSI/120/22-23 DTD.18.02.2023 PO#900064 STYLE #LR1011, LR1012 & LR1014 | GRS WT.KGS 7711.700 NET WT.KGS 6640.520 SHIPPED ON BOARD DTD.28.02.2023 | 1X40HQ FCL/FCL |
| "FREIGHT COLLECT" | | DESTINATION PORT CHARGES, ON ACCOUNT OF CONSIGNEE SHIPPER'S LOAD, STOW, COUNT AND WEIGHT | | |

Particulars above furnished by consignor / consignee — **EXPRESS RELEASE**

**Delivery Agent:**
ORIENTAL AIR TRANSPORT SERVICE INC.
175-41, 148TH ROAD,
JAMAICA, NY 11434 USA
TEL: 718-632-0390 FAX: 718-632-0597
EMAIL: Bibi.jfk@orientalair.com

**Freight Amount:**

**Number of Original MTD(s):**

**Place and date of issue:** MUMBAI DT.23.02.2023

**Freight payable at:** DESTINATION

For TAURUS FORWARDERS PVT. LTD.
*(signed)*
AUTHORISED SIGNATORY

Weight and measurement of container not to be included
(TERMS CONTINUED ON BACK HEREOF)

Signature for and on behalf of
TAURUS FORWARDERS PVT. LTD.