**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
STYLE STITCH, INC,

                Plaintiff,

-against-                      23 **CIVIL** 10701 (MKV)

                                      **JUDGMENT**

THE AVYAN GROUP LLC,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 23, 2025, Defendant's Motion to Dismiss is GRANTED and Plaintiff's claims are DISMISSED without prejudice to renewal in a court which could exercise personal jurisdiction over Defendant; accordingly, the case is closed.

**Dated:** New York, New York

      September 23, 2025

                                          **TAMMI M. HELLWIG**
                                             **Clerk of Court**

                      BY:
                                            **Deputy Clerk**